Sri Sankaran, Esq. SBN 236584
DORSEY & WHITNEY LLP
1717 Embarcadero Road
P.O. Box 51050
Palo Alto, California 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
E-mail: eFilingPA@dorsey.com

Attorneys for Defendants
ALLIANCE MACHINE SYSTEMS
INTERNATIONAL, LLC and
H ENTERPRISES INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation, and H ENTERPRISES INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | **CASE NO. C 07 00692 WHA**<br><br>[PROPOSED]<br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO THE COMPLAINT<br><br>Judge: The Honorable William H. Alsup |

The parties herein having requested and stipulated to a thirty-day extension of time within which Defendants may answer or otherwise respond to the Complaint, up to and including April 2, 2007,

IT IS HEREBY ORDERED that Defendants shall have up to and including April 2, 2007 within which to answer or otherwise respond to the Complaint.

DATED: March 1 , 2007

_____
The Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*

-1-

[PROPOSED] ORDER GRANTING EXTENSION OF TIME
CASE NO. C 07 00692 WHA