KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
LORI L. BEHUN (SBN 202309) lbehun@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiffs
GEO. M. MARTIN COMPANY and
THE MARTIN FAMILY TRUST - 1989

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST - 1989,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation, and H ENTERPRISES INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | Case No.: C 07 00692 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING DATE ON H ENTERPRISES INTERNATIONAL, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>**JUDGE:** The Honorable William H. Alsup |

Plaintiffs Geo. M Martin Company and The Martin Family Trust – 1989 and Defendant H Enterprises International, Inc. (collectively referred to herein as "the Parties") hereby stipulate and agree as follows:

WHEREAS Defendant H Enterprises International, Inc. filed a Motion to Dismiss for Lack of Personal Jurisdiction ("H Enterprises' Motion") on April 2, 2007 (Docket No. 15), noticing the hearing date on H Enterprises' Motion for May 10, 2007 at 8:00 a.m.;

1

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE ON H ENTERPRISES INTERNATIONAL, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
CASE NO. C 07 00692 WHA

WHEREAS the Parties have agreed to continue the briefing deadlines and hearing date on H Enterprises' Motion by two weeks; and

WHEREAS, accordingly, the Parties stipulate and agree to the following modified schedule on H Enterprises' Motion:

|  | **Stipulated Date** |
|---|---|
| Deadline for Plaintiffs Geo. M Martin Company and The Martin Family Trust – 1989 to File and Serve their Opposition to H Enterprises International, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction | **May 3, 2007** |
| Deadline for Defendant H Enterprises International, Inc. to File and Serve its Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction | **May 10, 2007** |
| Hearing on H Enterprises International, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction | **May 24, 2007 at 8:00 a.m.** |

THEREFORE, the Parties jointly and respectfully request that this Court issue an Order that H Enterprises International, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction be briefed and heard on the schedule set forth above.

**IT IS SO STIPULATED AND AGREED,**

Dated: April 18, 2007                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
      KENNETH E. KELLER
      Attorneys for Plaintiffs
      GEO. M. MARTIN COMPANY and
      THE MARTIN FAMILY TRUST - 1989

2

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE ON H ENTERPRISES INTERNATIONAL, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
CASE NO. C 07 00692 WHA

Dated: April 18, 2007            DORSEY & WHITNEY LLP

By: _____/s/_____
SRI K. SANKARAN
Attorney for Defendants
ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC and H ENTERPRISES INTERNATIONAL, INC.

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the stipulation of the Parties to continue the briefing schedule and hearing date on H Enterprises International, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction ("H Enterprises' Motion) is hereby GRANTED. Hearing on this matter shall be rescheduled for <u>May 24, 2007 at 8:00 a.m.</u> All other briefing and filing deadlines in connection with H Enterprises' Motion currently pending are hereby vacated and replaced with those set forth above.

**IT IS SO ORDERED.**

Dated: __April 19__, 2007        _____
                                 Hon. William H. Alsup, U.S. District Court Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

79299
39796-014

3

STIPULATION AND [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING DATE ON H ENTERPRISES INTERNATIONAL, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
CASE NO. C 07 00692 WHA