KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
LORI L. BEHUN (SBN 202309) lbehun@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiffs
GEO. M. MARTIN COMPANY and
THE MARTIN FAMILY TRUST - 1989

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST - 1989,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation, and H ENTERPRISES INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | Case No.: C 07 00692 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' LEAD TRIAL COUNSEL'S APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**JUDGE:** The Honorable William H. Alsup |

Plaintiffs Geo. M Martin Company and The Martin Family Trust – 1989 and Defendant Alliance Machine Systems International, LLC (collectively referred to herein as "the Parties") hereby stipulate and agree as follows:

WHEREAS the initial Case Management Conference in this case is scheduled for May 10, 2007 at 11:00 a.m.;

WHEREAS Civil Local Rule 16-10(a) states that "[u]nless excused by the Judge, lead trial

1

counsel for each party must attend the initial Case Management Conference";

WHEREAS lead trial counsel for Plaintiffs – Kenneth E. Keller – is unavailable to attend the initial Case Management Conference because he will be traveling to attend his son's college graduation ceremony;

WHEREAS Plaintiffs respectfully request, and Defendant has agreed, that Mr. Keller's partner, Christopher T. Holland, be allowed to attend the initial Case Management Conference in place of Mr. Keller;

WHEREAS, accordingly, the Parties stipulate and agree that, subject to the Court's approval, Mr. Holland be allowed to attend the May 10, 2007 initial Case Management Conference in place of Mr. Keller.

**IT IS SO STIPULATED AND AGREED,**

Dated:  May 2, 2007                        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By:  _____/s/_____
     KENNETH E. KELLER
     Attorneys for Plaintiffs
     GEO. M. MARTIN COMPANY and
     THE MARTIN FAMILY TRUST - 1989


Dated:  May 2, 2007                        DORSEY & WHITNEY LLP


By:  _____/s/_____
     SRI K. SANKARAN
     Attorney for Defendants
     ALLIANCE MACHINE SYSTEMS
     INTERNATIONAL, LLC and H ENTERPRISES
     INTERNATIONAL, INC.

2

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' LEAD TRIAL COUNSEL'S
APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 07 00692 WHA

# [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, Plaintiffs' lead trial counsel, Kenneth E. Keller, is excused from attending the May 10, 2007 initial Case Management Conference in this case, and Mr. Keller's partner, Christopher T. Holland, is allowed to attend that conference in place of Mr. Keller.

**IT IS SO ORDERED.**

Dated: __May 3_____, 2007    _____
Hon. William H. Alsup, U.S. District Court Judge

79648
39796-014

STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' LEAD TRIAL COUNSEL'S APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 07 00692 WHA