KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
LORI L. BEHUN (SBN 202309) lbehun@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiffs
GEO. M. MARTIN COMPANY and
THE MARTIN FAMILY TRUST - 1989

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST - 1989,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation, and H ENTERPRISES INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | Case No.: C 07 00692 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT H ENTERPRISES INTERNATIONAL**<br><br>**JUDGE:** The Honorable William H. Alsup |

IT IS HEREBY STIPULATED, by and between Plaintiffs GEO. M. MARTIN COMPANY and THE MARTIN FAMILY TRUST – 1989 ("Plaintiffs") and defendant H ENTERPRISES INTERNATIONAL, INC., (collectively, the "Stipulating Parties"), by and through their undersigned counsel, that Plaintiffs have agreed to dismiss defendant H ENTERPRISES INTERNATIONAL, INC. from this action with prejudice with respect to all events and/or conduct that has occurred prior to the filing of this complaint.

The Stipulating Parties respectfully request that this Court order that H ENTERPRISES

1

INTERNATIONAL, INC. is dismissed from this action with prejudice with respect to all events and/or conduct that has occurred prior to the filing of this complaint, with each party to bear its own fees and costs, including, but not limited to, the costs of this stipulation.

Accordingly, pursuant to this Stipulation, the Plaintiffs hereby dismiss with prejudice their pending Complaint and defendant H ENTERPRISES INTERNATIONAL, INC withdraws its pending Motion to Dismiss for Lack of Personal Jurisdiction from the Court's docket.

SO STIPULATED and AGREED,

Dated: May 2, 2007                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
KENNETH E. KELLER
Attorneys for Plaintiffs
GEO. M. MARTIN COMPANY and
THE MARTIN FAMILY TRUST - 1989

Dated: May 2, 2007                    DORSEY & WHITNEY LLP

By: _____/s/_____
SRI K. SANKARAN
Attorney for Defendants
H ENTERPRISES INTERNATIONAL, INC.

### [PROPOSED] ORDER

Pursuant to the above stipulation, **IT IS SO ORDERED.**

Dated: __May 3_____, 2007        _____
                                       Hon. William H. Alsup, District Court Judge

*IT IS SO ORDERED — Judge William Alsup — United States District Court, Northern District of California*