KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiffs
GEO. M. MARTIN COMPANY and
THE MARTIN FAMILY TRUST – 1989

SRI K. SANKARAN (SBN 236584) eFiling@dorsey.com
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 857-1717
Facsimile: (650) 857-1288

Attorneys for Defendant
ALLIANCE MACHINE SYSTEMS
INTERNATIONAL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST - 1989,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>Defendant. | Case No.: C 07 00692 WHA<br><br>**~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |

Pursuant to the Court's May 10, 2007 Case Management Order and Reference to Magistrate Judge for Mediation/Settlement (Docket No. 30), Plaintiffs Geo. M. Martin Company and The Martin Family Trust - 1989 and Defendant Alliance Machine Systems International, LLC hereby stipulate to and jointly submit this Proposed Order Re Schedule for Claim Construction:

| *EVENT* | *DATE* |
| --- | --- |
| Martin's Preliminary Infringement Contentions (Patent L.R. 3-1) | Friday, June 8, 2007 |
| Martin's Document Production Accompanying Preliminary Infringement Contentions (Patent L.R. 3-2) | Friday, June 8, 2007 |
| Alliance's Preliminary Invalidity Contentions (Patent L.R. 3-3) | Monday, July 23, 2007 |
| Alliance's Document Production Accompanying Preliminary Invalidity Contentions (Patent L.R. 3-4) | Monday, July 23, 2007 |
| Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1) | Tuesday, July 31, 2007 |
| Meet and Confer Re: Exchange of Proposed Terms and Claim Elements for Construction (Patent L.R. 4-1) | Shortly after the preceding deadline |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) | Tuesday, August 14, 2007 |
| Meet and Confer Re: Joint Claim Construction and Prehearing Statement (Patent L.R. 4-2) | Shortly after the preceding deadline |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | Tuesday, August 28, 2007 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | Wednesday, September 19, 007 |
| Martin's Opening Claim Construction Brief (Patent L.R. 4-5) | Tuesday, October 2, 2007 |
| Alliance's Responsive Claim Construction Brief (Patent L.R. 4-5) | Friday, October 19, 2007 |
| Martin's Reply Claim Construction Brief (Patent L.R. 4-5) | Tuesday, October 30, 2007 |
| Claim Construction Tutorial Hearing | Wednesday, October 31, 2007 |
| Claim Construction Hearing (Patent L.R. 4-6) | Wednesday, November 14, 2007 |

| *EVENT* | *DATE* |
|---|---|
| Martin's Final Infringement Contentions (Patent L.R. 3-6) | 30 days after Claim Construction Order |
| Alliance's Final Invalidity Contentions (Patent L.R. 3-6) | 50 days after Claim Construction Order |

IT IS SO STIPULATED AND AGREED.

Dated: May 22, 2007         KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
    KENNETH E. KELLER
    Attorneys for Plaintiffs
    GEO. M. MARTIN COMPANY and
    THE MARTIN FAMILY TRUST - 1989

Dated: May 22, 2007         DORSEY & WHITNEY LLP


By: _____/s/_____
    SRI K. SANKARAN
    Attorney for Defendant
    ALLIANCE MACHINE SYSTEMS
    INTERNATIONAL, LLC

[PROPOSED] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION

The Proposed Order Re Schedule for Claim Construction set forth above is hereby adopted by the Court, and the parties are ordered to comply with this Order.

**IT IS SO ORDERED.**

Dated: _May 23_____, 2007         _____
    Hon. William H. Alsup
    United States District Court Judge