KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Plaintiffs
GEO. M. MARTIN COMPANY and
THE MARTIN FAMILY TRUST – 1989

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST - 1989,<br><br>       Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>       Defendant. | Case No.: C 07 00692 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER EQUIPMENT INTO FEDERAL COURTROOM**<br><br>**Judge:** Hon. William H. Alsup<br>**Courtroom:** 9<br><br>**Tutorial:** **October 31, 2007**<br>**Time:** **1:30 p.m.**<br><br>**Hearing:** **November 14, 2007**<br>**Time:** **1:30 p.m.** |

   IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Geo. M. Martin Company, and The Martin Family Trust - 1989. ("GMM") and Defendant Alliance Machine Systems International, LLC ("Alliance"), through their respective counsel and subject to the approval of this Court, that the parties shall be permitted to bring the following computer/electronic equipment into the above courtroom in connection with the Claim Construction Tutorial, currently set for October 31, 2007 at 1:30 p.m., as well as the Claim Construction Hearing, currently set for November 14,

1

1  2007 at 1:30 p.m.:

2  For GMM

3  • Projector with stand;

4  • Cables for attaching equipment;

5  • Laptop computer and related hardware; and

6  • Projector Screen.

7  For Alliance

8  • Projector with stand;

9  • Cables for attaching equipment;

10  • Laptop computer and related hardware; and

11  • Projector Screen.

12  **IT IS SO STIPULATED.**

13  Dated:  October 25, 2007                        KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

15                                                  By: _____/s/_____
16                                                       Michael D. Lisi
                                                         Attorneys for Plaintiffs
17                                                       GEO. M. MARTIN COMPANY and
                                                         THE MARTIN FAMILY TRUST – 1989
18
19  Dated:  October 25, 2007                        DORSEY & WHITNEY LLP

21                                                  By: _____/s/_____
22                                                       Sri K. Sankaran
                                                         Attorneys for Defendant
23                                                       ALLIANCE MACHINE SYSTEMS
                                                         INTERNATIONAL, INC.

28                                              2

STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER
EQUIPMENT INTO FEDERAL COURTROOM
CASE NO. C 07 00692 WHA

I hereby attest that I have been authorized by Sri K. Sankaran to execute on his behalf this Joint Case Management Statement and [Proposed] Order.

Executed on this 25th day of October, 2007 at San Francisco, California.

/s/
_____
MICHAEL D. LISI

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: October 29, 2007
_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER
EQUIPMENT INTO FEDERAL COURTROOM
CASE NO. C 07 00692 WHA