KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Plaintiffs
GEO. M. MARTIN COMPANY and
THE MARTIN FAMILY TRUST – 1989

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>Defendant. | Case No.: C 07-00692 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DISCOVERY DEADLINES**<br><br><br>Judge: The Honorable William H. Alsup |

**STIPULATION REGARDING EXTENSION OF DISCOVERY DEADLINES**

Pursuant to Civil Local Rules 6-2 and 7-12, defendant Alliance Machine Systems, International, Inc. ("Alliance") and plaintiffs George M. Martin Company and The Martin Family Trust – 1989 (collectively "GMM") stipulate as follows and respectfully request that the Court enter the following Proposed Order.

Although the parties have begun deposition discovery, they have encountered some scheduling difficulties. This includes difficulties scheduling a number of depositions in various

1

locations throughout the United States, as well as three depositions that are scheduled to take place in Australia and New Zealand. *See* Declaration of Michael D. Lisi, ¶ 2. The parties have met and conferred, and believe that additional time to complete discovery, as well as additional time to submit final infringement and invalidity contentions under the Patent Local Rules, would provide sufficient time to resolve these scheduling issues. *Id.*, ¶ 3. Consequently, the parties respectfully request that certain deadlines set by the Court's Case Management Order and certain dates set by the local rules be amended as set forth below. The parties have not previously requested any modification to the schedule in this matter, and do not believe that the short delays reflected herein will impact the trial date in this matter. *Id.*, ¶ 4.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, subject to Court approval, as follows:

1. The following deadlines set by the Court's Case Management Order and pursuant the Court's Local Rules shall be modified as set forth below:

| Matter | Original Date | New Date |
|---|---|---|
| Final Infringement Contentions Due | December 16, 2007 | January 2, 2008 |
| Final Invalidity Contentions Due | January 7, 2008 | January 16, 2008 |
| Non-expert Discovery Cutoff | January 11, 2008 | February 1, 2008 |
| Initial Expert Reports Due | January 11, 2008 | February 1, 2008 |
| Rebuttal Expert Reports Due | January 25, 2008 | February 15, 2008 |
| Reply Expert Reports Due | February 1, 2008 | February 22, 2008 |
| Expert Discovery Cutoff | February 15, 2008 | March 7, 2008 |
| Last day to file dispositive motions | February 28, 2008 | March 7, 2008 |

| | |
|---|---|
| DATED: December 5, 2007 | KRIEG, KELLER, SLOAN REILLEY & ROMAN LLP |
| | By: _____/S/_____ |
| | Kenneth Keller<br>Christopher Holland<br>Michael D. Lisi |
| | **Attorneys for Plaintiffs** |
| DATED: December 5_, 2007 | DORSEY & WHITNEY LLP |
| | By: _____/S/_____ |
| | J. Thomas Vitt<br>Sri K. Sankaran<br>John J. Brogan |
| | **Attorneys for Defendant** |

I hereby attest that I have been authorized by Counsel for Defendant Alliance Machine Systems International, LLC to execute this Stipulation and [Proposed] Order Regarding Extension of Discovery Dates.

Executed on this 5th day of December, 2007, at San Francisco, California.

By: _____/S/_____

Michael D. Lisi

3

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DISCOVERY DEADLINES
CASE NO. C 07 00692 WHA

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: _December 6, 2007_

4

5                                                          By: _____

6                                                          Honorable William H. Alsup
                                                           United States District Court

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]*

83763