IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISE MALIKYAR,

    Plaintiff,

  v.

JOHN SRAMEK, BERNADETTE SRAMEK, HAROLD M. JAFFE, John S. Sramek, Jr. and Bernadette D. Sramek Revocable Living Trust, and DOES 1–100,

    Defendants.

No. C 07-03533 WHA

**ORDER CHANGING DEADLINE TO SHOW CAUSE**

    Given that January 21, 2008, is a holiday, plaintiff's deadline to show cause will be moved to **JANUARY 22, 2008 AT NOON**. Failure to respond to this order will result in dismissal of the action.

    **IT IS SO ORDERED.**

Dated: January 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE