IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST - 1989,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>Defendant. | No. C 07-00692 WHA<br><br>**ORDER DENYING STIPULATION TO EXTEND DISCOVERY DEADLINES** |

In light of the previous extension granted for the same reasons cited by the parties, the stipulation to extend discovery deadlines is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE