IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST - 1989,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>Defendant. | No. C 07-00692 WHA<br><br>**ORDER DENYING REQUESTS TO FILE UNDER SEAL** |

Plaintiffs and defendant's requests to file documents under seal are **DENIED**. In *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), the Ninth Circuit held that *more* than good cause, indeed, "compelling reasons" are required to seal documents used in dispositive motions, just as compelling reasons would be needed to justify a closure of a courtroom during trial. Otherwise, the Ninth Circuit held, public access to the work of the courts will be unduly compromised. Therefore, no request for a sealing order will be allowed on summary judgment motions (or other dispositive motions) unless the movant first shows a "compelling reason," a substantially higher standard than "good cause." Only social security numbers, names of juveniles, home addresses and phone numbers, and trade secrets of a compelling nature (like the recipe for Coca Cola, for example) will qualify. *If the courtroom would not be closed for the information, nor should any summary judgment proceedings, which are, in effect, a substitute for trial.*

Plaintiffs and defendant have failed to meet their burden. In their motions to seal, plaintiffs and defendant have listed over twenty documents to be filed under seal. Some of the documents belong to plaintiffs and some to defendant. Neither plaintiffs nor defendant, however, have given a "compelling reason" for any of the documents to be filed under seal. In addition, a party may not meet their burden by simply designating a document as confidential. Such circumstances would confer upon the parties the power to seal any document it so chooses. For the foregoing reasons, all requests to file under seal are **DENIED**.

**IT IS SO ORDERED.**

Dated: March 12, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE