IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>    Defendant.<br>                                               / | No. C 07-00692 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE** |

      The Court is in receipt of plaintiffs' letter of March 18, 2008, concerning a discovery dispute and **SETS** a hearing for **MARCH 25, 2008, AT 9:00 A.M.** Defendant's response is due by **9:00 A.M. ON MARCH 24, 2008**.

      **IT IS SO ORDERED.**

Dated: March 18, 2008.

                                                  WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE