IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>    Defendant.<br>                                          / | No. C 07-00692 WHA<br><br>**ORDER ALLOWING DEPOSITION OF CURT ROTH** |

    In light of defendants' inclusion of new non-infringement contentions in the declaration of employee Curt Roth, plaintiffs will be allowed to depose Curt Roth on **MARCH 28, 2008**. There will be no limitation as to the issues covered in the deposition.

    **IT IS SO ORDERED.**

Dated: March 25, 2008.

                                                         WILLIAM ALSUP<br>
                                                         UNITED STATES DISTRICT JUDGE