KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Plaintiffs
GEO. M. MARTIN COMPANY and
THE MARTIN FAMILY TRUST – 1989

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST - 1989,<br><br>        Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>        Defendant. | Case No.: C 07 00692 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER EQUIPMENT INTO FEDERAL COURTROOM**<br><br>Judge:       Hon. William H. Alsup<br>Courtroom:  9<br><br>Hearing:    April 24, 2008<br>Time:        8:00 A.M. |

    IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Geo. M. Martin Company, and The Martin Family Trust – 1989 ("GMM") and Defendant Alliance Machine Systems International, LLC ("Alliance"), through their respective counsel and subject to the approval of this Court, that the parties shall be permitted to bring the following computer/electronic equipment into the above courtroom in connection with the hearing on the parties' respective motions for summary

1

1  judgment and Plaintiffs' Motion to Strike Defendant's Liability Expert Reports of Dr. Stauffer,
2  currently set for April 24, 2008 at 8:00 A.M.

3  • Projector with stand;
4  • Cables for attaching equipment;
5  • Laptop computer and related hardware;
6  • Projector Screen; and
7  • Speakers.

**IT IS SO STIPULATED.**

Dated:  April 23, 2008                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
    Michael D. Lisi
    Attorneys for Plaintiffs
    GEO. M. MARTIN COMPANY and
    THE MARTIN FAMILY TRUST – 1989


Dated:  April 23, 2008                    DORSEY & WHITNEY LLP


By: _____/s/_____
    John Brogan
    Attorneys for Defendant
    ALLIANCE MACHINE SYSTEMS
    INTERNATIONAL, INC.

2

STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER
EQUIPMENT INTO FEDERAL COURTROOM
CASE NO. C 07 00692 WHA

1  I hereby attest that I have been authorized by John Brogan to execute on his behalf this Stipulation
2  and [Proposed] Order Permitting Electronic/Computer Equipment into Federal Courtroom.
3      Executed on this 23 day of April, 2008, at San Francisco, California.

            /s/
            MICHAEL D. LISI

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __April 23, 2008.__

            HON. WILLIAM H. ALSUP
            UNITED STATES DISTRICT JUDGE

*(Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" — Judge William Alsup)*

3

STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER
EQUIPMENT INTO FEDERAL COURTROOM
CASE NO. C 07 00692 WHA