IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO M. MARTIN COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL,<br><br>    Defendant.<br>_____/ | No. C-07-00692 (EDL)<br><br>**ORDER DENYING REQUEST TO CANCEL SETTLEMENT CONFERENCE** |

On April 25, 2008, the Court received a letter from one party requesting to cancel the April 30, 2008 settlement conference on the grounds of futility. In light of the other party's disagreement with that position, and the fact that trial in this case is set for May 19, 2008 and this settlement conference will be the only opportunity to try to settle the case before that date, the request to cancel the settlement conference is DENIED.

**IT IS SO ORDERED.**

Dated: April 25, 2008

                                                  ELIZABETH D. LAPORTE
                                                United States Magistrate Judge