UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 24, 2008

Case No.  C 07-0692 WHA

Title: GEO. M. MARTIN COMPANY  v. ALLIANCE MACHINE SYSTEMS

Plaintiff Attorneys: Michael Lisi; Kenneth Keller

Defense Attorneys: J. Thomas Vitt

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Cross Motions - Taken Under Submission

2)

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Jury Trial

**ORDERED AFTER HEARING:**