IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>    Defendant.<br>                                          / | No. C 07-00692 WHA<br><br>**ORDER RE MATERIALS FOR FINAL PRETRIAL CONFERENCE** |

       For the final pretrial conference, please bring all materials that might be needed to address the competing contentions concerning discovery, "meet-and-confer" emails, and the like. The Court has learned the hard way that counsel often represents events to the Court in a more favorable light than what actually occurred. So it may be appropriate to look at the specifics, the devil usually being in the details.

       **IT IS SO ORDERED.**

Dated: May 1, 2008.

                                                            WILLIAM ALSUP<br>
                                                            UNITED STATES DISTRICT JUDGE