IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>    Defendant.<br>_____/ | No. C 07-00692 WHA<br><br>**ORDER REQUESTING RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE REGARDING A REASONABLE ROYALTY CLAIM** |

    Plaintiffs are requested to respond to defendant's motion *in limine* to exclude all evidence regarding a reasonable royalty claim by **MAY 15, 2008, AT NOON**.

    **IT IS SO ORDERED.**

Dated: May 13, 2008.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE