KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
CHRISTOPHER T. HOLLAND (SBN 164053) cholland@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA  94104
Telephone:  (415) 249-8330
Facsimile:  (415) 249-8333

Attorneys for Plaintiffs
GEO. M. MARTIN COMPANY and
THE MARTIN FAMILY TRUST – 1989

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST - 1989,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>Defendant. | Case No.: C 07 00692 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER EQUIPMENT INTO FEDERAL COURTROOM**<br><br>**Judge:** Hon. William H. Alsup<br>**Courtroom:** 9<br><br>**Trial:** May 27, 2008<br>**Time:** 7:30 A.M. |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs Geo. M. Martin Company, and The Martin Family Trust – 1989 ("GMM") and Defendant Alliance Machine Systems International, LLC ("Alliance"), through their respective counsel and subject to the approval of this Court, that the parties shall be permitted to bring the following computer/electronic equipment into the above courtroom in connection with the jury trial currently set to begin on May 27, 2008 at 7:30 A.M.

1

STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER
EQUIPMENT INTO FEDERAL COURTROOM
CASE NO. C 07 00692 WHA

| QUANTITY | EQUIPMENT DESCRIPTION |
|---|---|
| 1 | Panasonic PT D5700 6000 lumen projector; AV stand w/ skirt |
| 1 | 7.5 x 10 Fastfold projection screen |
| 4 | 17" flat-panel displays |
| 1 | Wolfvision VZ9 Plus document presenter; AV stand w/ skirt |
| 2 | 6 x 1 VGA switch |
| 1 | 1x6 VGA distribution amplifier |
| 1 | 1x2 VGA distribution amplifier |
| 1 | 2x1 VGA switch |
| 1 | Set Fender Passport speakers |
| 2 | DSAN laptop audio ports |
| 2 | 60" x 18" tech table w/ skirt |
| 4 | Laptop computer(s) and related hardware |
| 2 | Laser pointers |
| 1 | Laser printer |
| 1 | Elmo projector |
|  | Assorted cables/extension cords |
| 1 | Easel |

**IT IS SO STIPULATED.**

Dated:  May 22, 2008                                    **KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP**


                                                        By: _____/s/_____
                                                             Michael D. Lisi
                                                             Attorneys for Plaintiffs
                                                             GEO. M. MARTIN COMPANY and
                                                             THE MARTIN FAMILY TRUST – 1989

2

STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER
EQUIPMENT INTO FEDERAL COURTROOM
CASE NO. C 07 00692 WHA

Dated: May 22, 2008                              **DORSEY & WHITNEY LLP**

By: _____/s/_____
     John Brogan
     Attorneys for Defendant
     ALLIANCE MACHINE SYSTEMS
     INTERNATIONAL, INC.

I hereby attest that I have been authorized by John Brogan to execute on his behalf this Stipulation and [Proposed] Order Permitting Electronic/Computer Equipment into Federal Courtroom.

Executed on this 22 day of May, 2008, at San Francisco, California.

_____/s/_____
MICHAEL D. LISI

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: June 3, 2008.                    _____
                                        HON. WILLIAM H. ALSUP
                                        UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]

STIPULATION AND [PROPOSED] ORDER PERMITTING ELECTRONIC/COMPUTER EQUIPMENT INTO FEDERAL COURTROOM
CASE NO. C 07 00692 WHA