IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,

    Plaintiffs,

  v.

ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,

    Defendant.

No. C 07-00692 WHA

**SECOND FINAL PRETRIAL ORDER**

    The trial in this case is hereby rescheduled for **SEPTEMBER 22, 2008**, **AT 7:30 A.M.** A final pretrial conference will be held on **SEPTEMBER 15, 2008, AT 2:00 PM**. Discovery shall be reopened on the limited issues relating to the ASC litigation and the issue of standing. The parties shall have seven calender days to amend their previous interrogatory responses as related to such issues. Each party may take a maximum of five depositions. Good cause must first be shown for any additional depositions to be taken. Response time to written discovery is hereby reduced to seven days. Any substantive motions, including all motions *in limine*, must be filed by **SEPTEMBER 2, 2008, AT NOON**. The parties shall have seven days to reply to said motions. The previously issued final pretrial order (Dkt. 195) should be referred to by the parties for all other issues related to the trial.

    **IT IS SO ORDERED.**

Dated: June 5, 2008.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE