IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,

    Plaintiffs,

  v.

ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,

    Defendant.

                               /

No. C 07-00692 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

      The Court is in receipt of defendant's letter of July 22, 2008, regarding a discovery dispute and hereby **SETS** a further meet-and-confer for **FRIDAY, JULY 25, 2008, AT 10:00 A.M.** in the Attorney Lounge on the eighteenth floor of the federal courthouse. Any unsolved item(s) shall be heard by the Court at a hearing at **1:30 P.M. ON JULY 25**. Plaintiffs need to respond to defendant's letter no later than 5:00 on July 24.

**IT IS SO ORDERED.**

Dated: July 23, 2008.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE