IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-00692 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE** |

　　　Plaintiffs have filed yet another letter brief concerning a discovery dispute. The Court **ORDERS** a further meet and confer on **AUGUST 8, 2008, AT 8:00 A.M.** in the Attorney's Lounge on the eighteenth floor of the federal courthouse. A hearing is set for **11:00 A.M.** that same day in Courtroom 9 to address any dispute not resolved. Defendant's response is due by **9:00 A.M. ON AUGUST 7**.

　　　**IT IS SO ORDERED.**

Dated:  August 5, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE