IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,

    Plaintiffs,

  v.

ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,

    Defendant.

No. C 07-00692 WHA

**CLARIFICATION OF PREVIOUS ORDER AND REQUEST FOR INFORMATION**

In an order dated August, 6, 2008, the Court inadvertently referred to "George M. Martin" when it should have referred to "Merrill Martin." The Court only wishes to make the record clear on this point.

On a separate issue, the Court requests the cooperation of counsel in determining whether the trial on the pending standing issue can begin on September 15, 2008, at 7:30 AM, on the representation by the parties that it will only take two or three days. This does not mean the trial for the remaining issues to be decided by a jury will start on September 22 (but it just might). Please respond to this possibility by **AUGUST 14, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: August 7, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE