United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>    Defendant.<br>                                               / | No. C 07-00692 WHA<br><br>**ORDER SETTING HEARING FOR DISCOVERY DISPUTE** |

    The Court is in receipt of yet another discovery dispute as referenced in plaintiffs' letter of August 15, 2008, and **SETS** another meet-and-confer for **9:00 A.M. ON AUGUST 19, 2008**, in the Court's jury room.  At **11:00 A.M.**, the Court shall conduct a hearing to resolve any remaining discovery item(s) and on other trial matters.

    **IT IS SO ORDERED.**

Dated: August 18, 2008.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE