**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO M. MARTIN COMPANY, | No. C 07-00692 WHA |
| Plaintiff, | |
| v. | **ORDER CHANGING START DATE OF TRIAL** |
| ALLIANCE MACHINE SYSTEMS INTERNATIONAL, | |
| Defendant. | |

The standing trial will start 7:30am on Tuesday, September 16, instead of Monday, September 15, 2008.

**IT IS SO ORDERED.**

Dated: September 3, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE