IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,<br><br>Defendant.<br>_____/ | No. C 07-00692 WHA<br><br>**ORDER RE BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |

Defendant is requested to file an opposition to plaintiffs' motion for summary judgment by **SEPTEMBER 10, 2008, AT NOON**. Any reply should be filed by **SEPTEMBER 12, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: September 5, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE