IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEO. M. MARTIN COMPANY, a California corporation, and THE MARTIN FAMILY TRUST – 1989,

    Plaintiffs,

  v.

ALLIANCE MACHINE SYSTEMS INTERNATIONAL, LLC, a Wyoming corporation,

    Defendant.

No. C 07-00692 WHA

**ORDER RE TRIAL SCHEDULE**

The Court realizes that counsel need to know whether the second phase of the trial will begin on September 22. In the Court's judgment, the issue in the first phase should be relatively straight forward enough that the Court can rule from the bench on or before September 19. Regardless of the outcome of the first phase, trial will go forward on September 22 even if damages cannot be obtained. Plaintiff may still be entitled to an injunction.

**IT IS SO ORDERED.**

Dated: September 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE