**United States District Court**
For the Northern District of California

1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    GEO. M. MARTIN COMPANY, a California
     corporation, and THE MARTIN FAMILY
9    TRUST – 1989,                                    No. C 07-00692 WHA
10              Plaintiffs,
11       v.                                           **ORDER RE PLAN FOR RE-**
                                                      **TRIAL**
12   ALLIANCE MACHINE SYSTEMS
     INTERNATIONAL, LLC, a Wyoming
13   corporation,
14              Defendant.
15   _____/
16        For the re-trial, counsel should meet and confer on a plan to take additional discovery

17   and to update the damages period to the end of 2008.  The additional discovery should include

18   more complete evidence on the Visy machine, but it should not be limited to it.  Expert reports

19   should be revised with the benefit of the trial record and experts should be subject to

20   depositions.  In addition, George Martin should simplify the re-trial by limiting the claims at

21   issue.  In the Court's judgment, each side should be allowed two additional depositions not

22   including depositions for experts who have revised their reports.  Counsel should meet and

23   confer to submit a joint proposal regarding supplemental discovery and revising expert reports

24   at the same time as the reply briefs on the Rule 50 motions are due.  The Court expects that the

25   re-trial could be sometime in the April to June 2009 timeframe.  Counsel are required to hold

26   another settlement conference with Judge Laporte on or before October 31, 2008.

27        **IT IS SO ORDERED.**

28   Dated: October 17, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE