United States District Court

For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

GEO. M. MARTIN COMPANY, a California
11 corporation, and THE MARTIN FAMILY
TRUST – 1989,                                         No. C 07-00692 WHA

12
            Plaintiffs,

13
      v.                                              **ORDER DENYING
                                                      DEFENDANT'S MOTION
14                                                    FOR COSTS AND FEES
ALLIANCE MACHINE SYSTEMS                              RELATED TO TRIAL DELAY
15 INTERNATIONAL, LLC, a Wyoming                      AND VACATING HEARING**
corporation,

16
            Defendant.
17 _____/

18
            The original trial date in mid-2008 was continued until the autumn to allow counsel for

19
plaintiffs to cure certain shortfalls in its inadequate disclosures and to allow for discovery

20
thereon.  The trial in fact occurred as re-scheduled.

21
            It is true that the Court stated, in granting the trial continuance, that it would do so on

22
the condition that plaintiffs reimburse defendant for any incremental fees and expenses

23
reasonably incurred as a result of the continuance.  The Court made clear, however, that

24
*incremental* meant *incremental* and did not mean any and all expenses whether or not they

25
would have been incurred anyway.

26
            Defendant's pending motion for fees and expenses is so grossly overreaching that it will

27
be denied in full and defendant will not be allowed a further opportunity to re-file a less greedy

28

1  motion.  Had defendant requested a number in the $30,000 to $40,000 range, it might have

2  been allowed but defendant has gone beyond the pale and requested ten times that amount.

3  The Court is thoroughly familiar with the case.  It has a good sense of the actual degree of

4  prejudice flowing from the short continuance and the actual degree of incremental burden

5  reasonably incurred.  The Court is most disappointed that defense counsel would overreach in

6  this manner.  The Court is in agreement with virtually every example cited by plaintiffs in their

7  memorandum.  The motion is **DENIED** in full and with prejudice to re-filing.  The hearing set

8  for January 29 is **VACATED** as unnecessary.

9

10        **IT IS SO ORDERED.**

11

12  Dated:  December 15, 2008.

WILLIAM ALSUP
13                                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2